TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN






NO. 03-02-00139-CR







Sesees Crayon Holmes


aka Sesees Crayon Quinones, Appellant



v.



The State of Texas, Appellee







FROM THE DISTRICT COURT OF BELL COUNTY, 264TH JUDICIAL DISTRICT


NO. 52,485, HONORABLE MARTHA J. TRUDO, JUDGE PRESIDING






O R D E R


PER CURIAM

Appellant's second motion for extension of time to file brief is granted. Appellant's
counsel, Mr. Bobby D. Barina, is ordered to tender a brief in this cause no later than July 15, 2002. 
No further extension of time will be granted.

It is ordered June 5, 2002. 


Before Justices Kidd, Patterson and Puryear

Do Not Publish